# EXHIBIT A
## DEPOSITION EXCERPTS FOR DAVID R. PERRY

```
 1                UNITED STATES DISTRICT COURT

 2                      DISTRICT OF ARIZONA

 3

 4   Kevin H. Rindlisbacher and Jami  )
     L. Rindlisbacher, husband and    )
 5   wife; and Piano Showroom of      )
     Arizona, Inc., an Arizona        )
 6   corporation,                     )
                                      )
 7        Plaintiffs,                 )
                                      )
 8   vs.                              )  No. 2:18-cv-01131-JJT
                                      )
 9   Steinway, Inc., a Delaware       )
     corporation,                     )
10                                    )
          Defendants.                 )
11   _____)

12

13

14

15            DEPOSITION OF DAVID REGINALD PERRY

16
                          Volume 2
17
                      Pages 159 - 231
18
                      Phoenix, Arizona
19
                     December 20, 2019
20

21

22

23                                      Prepared by:

24                                      CINDY MAHONEY, RPR, RMR
                                        Certified Court Reporter
25                                      Certificate No. 50680
```

Coash & Coash, Inc.
602-258-1440                    www.coashandcoash.com

|  |  |
|---|---|
| 14:01:36 | 1    (Witness previously sworn.) |
|  | 2 |
|  | 3                EXAMINATION |
|  | 4  BY MR. SAMUELS: |
|  | 5      Q   Mr. Perry, good afternoon.  Appreciate you |
| 14:01:40 | 6  coming back today. |
|  | 7          We last spoke during your deposition on the |
|  | 8  11th, which is about nine days ago; correct? |
| 14:01:48 | 9      A   Yes. |
|  | 10     Q   Okay.  And have you done anything since then |
|  | 11 to -- or related to this case? |
| 14:01:59 | 12     A   I just read through my -- briefly read through |
|  | 13 my reports and testimony binders this morning. |
|  | 14     Q   And did you receive a copy of the deposition |
| 14:02:12 | 15 transcript from your testimony last week? |
|  | 16     A   I did not. |
|  | 17     Q   Okay.  So, obviously, with that in mind, you |
| 14:02:18 | 18 did not have a chance to review it. |
|  | 19         I'm going to pull up your report again just for |
|  | 20 a few questions.  This was previously marked as Exhibit |
| 14:02:45 | 21 260.  If we turn to -- I believe it's appendix C, which |
|  | 22 is the 2007 to 2010 Spokane actual goals.  Do you see |
|  | 23 that? |
| 14:02:56 | 24     A   I do. |
|  | 25     Q   Okay.  And it looks, if we turn to the -- go to |

Case 2:18-cv-01131-MTL   Document 225-1   Filed 04/30/20   Page 4 of 5
Case 2:18-cv-01131-MTL   Document 223-1   Filed 04/20/20   Page 114 of 160

David Reginald Perry                                    12/20/2019
       Kevin Rindlisbacher v. Steinway, Inc.

                                                              219

15:42:07
1  Q   Would you agree that if a dealer is difficult
2  to work for and has turnover among its sales team, that
3  the turnover could affect sales?
4       MR. MORRILL:  Object to form.
5       THE WITNESS:  It is possible.
15:42:08
6  BY MR. SAMUELS:
7  Q   Would you agree that the level of promotions
8  and advertising could affect sales?
15:42:15
9  A   It is possible.
10 Q   Would you agree that there are other variables
11 that can determine the level of sales of a piano
15:42:21
12 retailer?
13 A   Yes.
14 Q   And you didn't take into account the variables
15:42:31
15 that could -- the variables I just described that could
16 affect the sales of a piano retailer; correct?
17 A   I would say I've taken into account, you
15:42:45
18 know -- the way I did my calculation did not assume that
19 they would have gone up with the economy, the actual
20 number of expected units.  It stayed at the same level
15:42:57
21 it was in 2010, which was purported to be a bad time in
22 the piano industry.  So I didn't specifically do that,
23 and I didn't see any anything in Mr. Schwickerath's
15:43:06
24 report where he makes any adjustments for any of these
25 purported complaints about Mr. Rindlisbacher's

```
           1    performance.
           2        Q    And your report doesn't include any of the
15:43:16   3    variables we just discussed; correct?
           4        A    Not specifically.  It's -- my analysis is very,
           5    you know, simple, but not simplistic.  It just takes the
15:43:29   6    expected number of units and deducts the actual number
           7    of sales.  I mean, Mr. Rindlisbacher has been in the
           8    piano industry for years, had a successful performance
15:43:42   9    compared to sales goals in Spokane, was incentivized to
          10    do as well as he could in Scottsdale because he'd make
          11    more money if he sold more pianos.  There's nothing to
15:43:51  12    indicate that he wouldn't put his best performance into
          13    it and do what he could, and that what's his commitment
          14    to Steinway was.
15:43:57  15        Q    Would you agree that if he sold more pianos,
          16    that Steinway would have made more money as well?
          17        A    Yes.  He would have purchased more pianos from
15:44:07  18    Steinway.  And assuming Steinway makes a profit when it
          19    sells a piano to a dealer, then Steinway would have made
          20    more profits, higher profits.
15:44:14  21        Q    And just to be clear, your opinions assume that
          22    Mr. Rindlisbacher did everything he could to sell the
          23    234 pianos per year in Arizona and generate $6 million
15:44:23  24    in revenue; correct?
          25             MR. MORRILL:  Object to form, misstates
```