IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin H Rindlisbacher, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Steinway & Sons Incorporated, et al.,<br><br>　　　　Defendants, | No.  CV-18-01131-PHX-MTL<br><br>JUDGMENT ON<br>TAXATION OF COSTS |

　　Final judgment having been entered, Defendants filed a Bill of Costs on November 11, 2020 seeking the taxation of $14,329.63. No objections to the taxable costs were filed. The matter has been reviewed and all taxable costs have been awarded.

　　The costs are hereby taxed for the defendants and against the plaintiffs in the amount of **$14,329.63**.

　　　　　　　　　　　　　　　　　　DATED this 11th day of January, 2021
　　　　　　　　　　　　　　　　　　DEBRA D. LUCAS, CLERK


　　　　　　　　　By: _____
　　　　　　　　　　　　　Michael O'Brien
　　　　　　　　　　　　　Chief Deputy Clerk